**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**October 18, 2006**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

ANTHONY C. KENNEY,

> Plaintiff - Appellant,

v.

MELVA HARMON; MARK
McCARTY,

> Defendants - Appellees.

No. 06-5171

(N. D. Oklahoma)

(D.C. No. 06-CV-144-JHP-SAJ)

---

**ORDER AND JUDGMENT**[*]

---

Before **TACHA**, **HARTZ**, and **TYMKOVICH**, Circuit Judges.

---

The district court dismissed the complaint of Anthony C. Kenney for lack

of jurisdiction. On appeal Mr. Kenney fails to explain how the court erred in that

---

[*]After examining the brief and appellate record, this panel has determined
unanimously that oral argument would not materially assist the determination of
this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is
therefore ordered submitted without oral argument. This order and judgment is
not binding precedent, except under the doctrines of law of the case, res judicata,
and collateral estoppel. The court generally disfavors the citation of orders and
judgments; nevertheless, an order and judgment may be cited under the terms and
conditions of 10th Cir. R. 36.3.

regard. We AFFIRM.

ENTERED FOR THE COURT


Harris L Hartz
Circuit Judge